ACCEPTED
No. 14-14-00455-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 12:38:07 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00455-CR

In the

## Court of Appeals

For the

## Fourteenth District of Texas

At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/3/2015 12:38:07 PM

CHRISTOPHER A. PRINE
Clerk

_____

## Trial Court Cause No. 1406639
In the 185th District Court
of Harris County, Texas

_____

## GREGORIO MORENO,
*Appellant*
v.
## THE STATE OF TEXAS,
*Appellee*

_____

## MOTION FOR EXTENSION OF TIME TO FILE

_____

**VIVIAN R. KING**
**State Bar No. 00784399**
**2202 Alabama St.**
**Houston, Texas    77004**
**Tel.:  (713) 222-2019**
**eFax: (877) 753-6706**
**Email: VivianRKing@msn.com**

**Appointed Attorney for Appellant**

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COMES** GREGORIO MORENO, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to **TEX. R. APP. PROC. Rules 10.5 (b)(2) and 38.6(n)**, and in support thereof would show the Court as follows:

### I.

The Appellant in this cause pled not guilty in the 185th District Court of Harris County, Texas in cause number 1406639 plead not guilty and had a jury trial. The jury found Appellant guilty and sentence was assessed 50 years in the Texas Department of Corrections, Institutional Division on May 23, 2014. Notice of Appeal was filed on May 23, 2014.

### II.

The Clerk's record was timely filed.

The Reporter's record was timely filed.

### III.

Appellant's attorney is requesting an extension of time to file Appellant's Brief to February 09, 2015.

### IV.

Appellant's attorney is requesting this extension of time to file Appellant's Brief for the following two reasons:

(1)     The record contains over 15 volumes and the undersigned attorney is only 60% through the record.

(2)     The undersigned attorney has been unable to complete Appellant's brief due to moving her office of 22 years and discovering/firing her secretary for embezzlement of about $30,000.00 (for which the attorney has not had time to file charges). 2014 was a rough year but if given more time, Appellant's brief will be properly completed.

The Appellant in this case was sentenced to 50 years so I pray this Honorable Court grants this extension so the undersigned appointed attorney can properly prosecute this case on appeal.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court grant this extension to February 09, 2015.

**RESPECTFULLY SUBMITTED,**
**/s/** Vivian R. King
**VIVIAN R. KING**
**Appointed Attorney for Appellant**
Texas Bar No.  00784399
2202 Alabama St.
Houston, Texas   77004
(713) 222-2019  office
(877) 753-6706  e Fax
VivianRKing@msn.com. Email

## CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was efiled with the office of the Honorable Devon Anderson, Harris County District Attorney, via the mandatory electronic filing system on February 03, 2015.

/s/ Vivian R. King
**VIVIAN R. KING**